**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| **Joshua Pratt,** ) | |
| ) | |
| Plaintiff, ) | CA No. 6-16-cv-3032-TMC |
| ) | |
| vs. ) | |
| ) | |
| **City of Greenville, and Kenneth** ) | |
| **Miller, in his individual capacity,** ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to a dismissal of this action with prejudice.

For Plaintiff:

STEPHENSON & MURPHY, LLC

By: s/Brian P. Murphy
    Brian P. Murphy, Bar No.6405
    207 Whitsett Street
    Greenville, SC 29601
    (864)370-9400

For Defendants:

OGLETREE DEAKINS NASH SMOAK & STEWART, PC

By: s/ Matthew K. Johnson
    Matthew K. Johnson, Bar No. 6908
    300 North Main Street, Suite 500
    Greenville, SC 29601
    (864)271-1300